UNIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

BARZA DEVELOPMENT CORP., ZUMON                      Case No.: 1:16-cv-07763
COMRPORATION, and UNITED STATES
AMBASSADOR CESAR B. CABRERA,
RETIRED,

                    Plaintiffs,                     **NOTICE OF**
                                                      **APPEARANCE**

     -against-

MEISTER SEELIG & FEIN LLP and
STEPHEN B. MEISTER,

                    Defendants.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Lisa L. Shrewsberry, a partner in the firm of Traub

Lieberman Straus & Shrewsberry LLP, hereby appears on behalf of the Defendants for all

purposes.

Dated: Hawthorne, New York
       October 31, 2016

                                    TRAUB LIEBERMAN STRAUS &
                                    SHREWSBERRY LLP

                                    _____
                                    Lisa L. Shrewsberry
                                    *Attorneys for Defendants*
                                    Mid-Westchester Executive Park
                                    Seven Skyline Drive
                                    Hawthorne, NY  10532
                                    (914) 347-2600

To:    all counsel of record – via ECF Filing