UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
BARZA DEVELOPMENT CORP., ZUMON
CORPORATION and UNITED STATES                Civil Action No.: 16-cv-07763 (PKC)
AMBASSADOR CESAR B. CABRERA
RETIRED,                                     **NOTICE OF MOTION FOR SUMMARY
                                             JUDGMENT BY DEFENDANTS**
                 Plaintiffs,

   -against-

MEISTER SEELIG & FEIN LLP and
STEPHEN B. MEISTER,

                Defendants.
-----------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, dated August 4, 2017, the Affidavit of Stephen B. Meister, sworn to on August 4, 2017, the exhibits attached thereto, the Declaration of Lisa L. Shrewsberry, dated August 4, 2017, the exhibits attached thereto, and the accompanying Memorandum of Law dated August 4, 2017, the undersigned, on behalf of defendants Meister Seelig & Fein LLP and Stephen B. Meister, will move this court on a date to be set by the court, before the Honorable P. Kevin Castel at the Federal Courthouse, 500 Pearl Street, New York, New York, for an order granting defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56, on the issue of whether the amended complaint is time-barred, together with such other relief as this court deems just and appropriate.

Dated: Hawthorne, New York
August 4, 2017

        TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
        *Attorneys for Defendants*

By: _____
        Lisa L. Shrewsberry (LS 1597)
        Mid-Westchester Executive Park
        Seven Skyline Drive
        Hawthorne, New York 10532
        (T) (914) 347-2600
        (F) (914) 347-8898

TO:    Steven G. Storch, Esq. (via ECF)
        Storch, Amini & Munves, P.C.
        Two Grand Central Tower, 25th Floor
        New York, New York 10017
        (212) 490-4100
        *Attorneys for Plaintiffs*