UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
BARZA DEVELOPMENT CORP., ZUMON
CORPORATION and UNITED STATES
AMBASSADOR CESAR B. CABRERA
RETIRED,

     Plaintiffs,

  -against-

MEISTER SEELIG & FEIN LLP and
STEPHEN B. MEISTER,

     Defendants.
------------------------------------------------------X

Civil Action No.: 16-cv-07763 (PKC)

**DECLARATION OF LISA L. SHREWSBERRY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

  Lisa L. Shrewsberry, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, declares pursuant to 28 U.S.C. §1746:

  1. I am an attorney admitted to practice in the State of New York and before the United States District Court for the Southern District of New York. I am a member of the law firm of Traub Lieberman Straus & Shrewsberry LLP, attorneys for the defendants herein. As such, I am familiar with the facts, pleadings and prior proceedings in the instant matter.

  2. I submit this declaration in support of the defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56, which is limited to the issue whether plaintiffs' amended complaint is time-barred.

  3. Annexed hereto as Exhibit "A" is a true and correct copy of the Confidentiality Agreement between plaintiffs and Caribbean Property Group ("CPG") dated October 26, 2011.

  4. Annexed hereto as Exhibit "B" is a true and correct copy of the Purchase

Agreement signed by KRB Universal Investments, LLC, dated February 14, 2013, which is referenced as "a formal written offer" in paragraph 55 of the amended complaint.

5. Annexed hereto as Exhibit "C" is a true and correct copy of the letter from CPG's counsel, Kirk Brett, to plaintiffs' counsel, Kasowitz Benson Torres Friedman LLP ("Kasowitz"), dated September 18, 2015.

6. Annexed hereto as Exhibit "D" is a true and correct copy of the complaint filed by plaintiffs herein in the United States District Court for the Southern District of New York on October 4, 2016. [Doc. No. 1]

7. Annexed hereto as Exhibit "E" is a true and correct copy of the letter, dated October 31, 2016, seeking permission on behalf of the defendants to move to dismiss the complaint on statute of limitations grounds. [Doc. No. 13]

8. Annexed hereto as Exhibit "F" is a true and correct copy of the amended complaint filed by plaintiffs on November 18, 2016. [Doc. No. 18]

9. Annexed hereto as Exhibit "G" is a true and correct copy of defendants' answer to the amended complaint, filed on December 9, 2016. [Doc. No. 23]

10. Annexed hereto as Exhibit "H" is a true and correct copy of the Declaration of Jennifer Recine dated January 30, 2017, filed in support of the motion by Kasowtiz to withdraw as counsel for plaintiffs. [Doc. No. 32]

11. Annexed hereto as Exhibit "I" is a true and correct copy of the letter of Jennifer Recine to Hon. P. Kevin Castel, dated January 30, 2017, regarding the motion by Kasowitz to withdraw as counsel for plaintiffs. [Doc. No. 33]

12. Annexed hereto as Exhibit "J" is a true and correct copy of email correspondence sent from Kasowitz to Cesar Cabrera and Guillermo Morales, dated January 20, 2017.

13.     Annexed hereto as Exhibit "K" is a true and correct copy of the transcript of defendants' deposition of Cesar Cabrera, dated June 14, 2017.

14.     Annexed hereto as Exhibit "L" is a true and correct copy of email correspondence by Cesar Cabrera to Stephen B. Meister dated October 3-4, 2013.

15.     Annexed hereto as Exhibit "M" is a true and correct copy of the transcript of defendants' deposition of Guillermo Morales, dated June 20, 2017.

16.     Annexed hereto as Exhibit "N" is a true and correct copy of the English translation of *Muniz v. Copan*, 113 D.P.R. 517, 13 P.R. Offic. Trans. 664 (1982), provided to MSF by plaintiffs.

Dated: Hawthorne, New York
August 4, 2017

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
*Attorneys for Defendants*

By: _____
Lisa L. Shrewsberry (LS 1597)
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(T) (914) 347-2600
(F) (914) 347-8898