

# Meister Seelig & Fein - October invoice

**Elizabeth Roe** <edr@msf-law.com>  
To: cabreracb@hotmail.com  
Cc: Gissel Arias <ga@msf-law.com>

Tue, Oct 15, 2013 at 6:38 PM

Good evening:

Attached is Meister Seelig & Fein's October statement. Please note that the current balance due is zero.

Thank you.

Very truly yours,

Elizabeth D. Roe  
Director of Billing  
MEISTER SEELIG & FEIN LLP  
2 Grand Central Tower  
140 East 45th Street, 19th Floor  
New York, New York 10017  
edr@msf-law.com  
main: (212) 655-3500  
direct: (212) 655-3519  
fax: (646) 539-3619

NOTICE: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this email, or any attachments hereto. NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN LLP which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
*********************************************************

IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

<<MSF Invoice Style with Hours (New) - LNF.pdf>>

📎 **MSF Invoice Style with Hours (New) - LNF.pdf**  
60K

BARZA000133



## Meister Seelig & Fein LLP
Two Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
(212) 655-3500
www.meisterseelig.com

Ambassador Cesar B. Cabrera
c/o Barza Development Corp.
via cabreracb@hotmail.com

Date: October 15, 2013
File Number: 5953-001
Invoice No: 175877
Tax ID# 13-3756277

Regarding: Barza Development Corp. - v. Caribbean Property Group

| | |
|---|---:|
| Balance Forward after Payments/Credits: | $ 0.00 |
| Professional services: | $ 3,160.00 |
| Disbursements: | $ 0.00 |
| Total new charges and disbursements: | $ 3,160.00 |
| Retainer/credit applied: | $ 3,160.00 |
| Retainer/credit balance: | $ 6,840.00 |
| **Current balance due (Please pay this amount):** | $ 0.00 |

PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT

BARZA000134

File Number: 5953-001
RE: Barza Development Corp. - v. Caribbean Property Group
Invoice No: 175877

Meister Seelig & Fein LLP
Page: 2
October 15, 2013

**Regarding: Barza Development Corp. - v. Caribbean Property Group**

Invoice for Professional Services rendered through September 30, 2013.

SERVICES PERFORMED

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/13/2013 | SBM | Participated on a conference call with clients and Stacey Ashby. E-mails to clients regarding same. Worked on revisions to engagement letter. | 1.00 |
| 09/16/2013 | JES | Met with Stephen to review retention letter and discuss matter. | 0.10 |
| 09/23/2013 | SA | Meeting with Ambassador Cabrera and Guillermo Morales. | 3.00 |
| 09/23/2013 | SBM | Attended a meeting with new client, Ambassador Cabrera and Mr. Guillermo Morales. Brief meeting with Stacey Ashby regarding strategy. | 1.00 |

**TOTAL SERVICES PERFORMED** $3,160.00

TIMEKEEPER SUMMARY

| | Hours | Rate |
|---|---|---|
| Stephen B Meister | 2.00 | 885.00 |
| Stacey M Ashby | 3.00 | 455.00 |
| Jennifer E Soutter | 0.10 | 250.00 |
| | 5.10 | |

| | |
|---|---|
| Matter Subtotal | $3,160.00 |
| Less Retainer / Credit Applied | $3,160.00 |
| Total New Charges: | $0.00 |
| Balance Due for this Matter: | $0.00 |