

**Meister Seelig & Fein LLP**
Two Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
(212) 655-3500
www.meisterseelig.com

Ambassador Cesar B. Cabrera
c/o Barza Development Corp.
via  cabreracb@hotmail.com

Date: December 5, 2013
File Number: 5953-001
Invoice No: 177524
Tax ID# 13-3756277

**Regarding:  Barza Development Corp. - v. Caribbean Property Group**

| | |
|---|---:|
| Balance Forward after Payments/Credits: | $ 0.00 |
| Professional services: | $ 455.00 |
| Disbursements: | $ 0.00 |
| Total new charges and disbursements: | $ 455.00 |
| Retainer/credit applied: | $ 455.00 |
| Retainer/credit balance: | $ 3,667.00 |
| **Current balance due (Please pay this amount):** | $ 0.00 |

PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT

BARZA000105

File Number: 5953-001
RE: Barza Development Corp. - v. Caribbean Property Group
Invoice No: 177524

Meister Seelig & Fein LLP
Page: 2
December 5, 2013

**Regarding: Barza Development Corp. - v. Caribbean Property Group**

Invoice for Professional Services rendered through November 30, 2013

### SERVICES PERFORMED

| Date | TK | Description | Hours |
|---|---|---|---|
| 11/01/2013 | SA | Confer with S. Meister regarding settlement conversation; review client documents and put together timeline. | 1.00 |

**TOTAL SERVICES PERFORMED** $455.00

### TIMEKEEPER SUMMARY

| | Hours | Rate |
|---|---|---|
| Stacey M Ashby | 1.00 | 455.00 |
| | 1.00 | |

| | |
|---|---|
| **Matter Subtotal** | $455.00 |
| **Less Retainer / Credit Applied** | $455.00 |
| **Total New Charges:** | $0.00 |
| **Balance Due for this Matter:** | $0.00 |