| | |
|---|---|
| **From:** | Cesar B. Cabrera |
| **To:** | Guillermo Morales |
| **Subject:** | Fwd: Meister Seelig & Fein - August invoice |
| **Date:** | Tuesday, August 19, 2014 6:59:44 PM |
| **Attachments:** | MSF Invoice Style with Hours (New) - LNF.pdf |

---------- Forwarded message ----------
From: **Elizabeth Roe** <edr@msf-law.com>
Date: Tue, Aug 19, 2014 at 5:35 PM
Subject: Meister Seelig & Fein - August invoice
To: cabreracb@hotmail.com
Cc: Gissel Arias <ga@msf-law.com>


Good afternoon:
Good afternoon:

Attached is Meister Seelig & Fein's August invoice. Please contact me if you have any questions regarding payment.

Thank you.

Invoices are sent electronically to reduce the use of paper. If you prefer to receive a hard copy, please advise and one will be forwarded to you.

Elizabeth D. Roe
Director of Billing
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, New York 10017
edr@msf-law.com
main: (212) 655-3500
direct: (212) 655-3519
fax: (646) 539-3619

NOTICE: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this email, or any attachments hereto. NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN LLP which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
*****************************************************************
IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing

tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

<<MSF Invoice Style with Hours (New) - LNF.pdf>>

BARZA000091



**Meister Seelig & Fein LLP**
125 Park Avenue, 7th Floor
New York, NY 10017
(212) 655-3500
www.meisterseelig.com

Ambassador Cesar B. Cabrera
c/o Barza Development Corp.
via cabreracb@hotmail.com

Date: August 18, 2014
File Number: 5953-001
Invoice No: 185564
Tax ID# 13-3756277

**Regarding: Barza Development Corp. - v. Caribbean Property Group**

| | |
|---|---:|
| Balance Forward after Payments/Credits: | $ 0.00 |
| Professional services: | $ 480.00 |
| Disbursements: | $ 0.00 |
| Total new charges and disbursements: | $ 480.00 |
| Retainer/credit applied: | $ 480.00 |
| Retainer/credit balance: | $ 980.40 |
| **Current balance due (Please pay this amount):** | $ 0.00 |

PLEASE INCLUDE INVOICE NUMBER TO ENSURE PROPER CREDIT

BARZA000092

File Number: 5953-001
RE: Barza Development Corp. - v. Caribbean Property Group
Invoice No: 185564

Meister Seelig & Fein LLP
Page: 2
August 18, 2014

**Regarding: Barza Development Corp. - v. Caribbean Property Group**

Invoice for Professional Services rendered through July 31, 2014

### SERVICES PERFORMED

| Date | TK | Description | Hours |
|---|---|---|---|
| 07/28/2014 | SA | Review documents forwarded from client & caselaw; call with Ambassador Cabrera. | 1.00 |

**TOTAL SERVICES PERFORMED** $480.00

### TIMEKEEPER SUMMARY

| | Hours | Rate |
|---|---|---|
| Stacey M Ashby | 1.00 | 480.00 |
| | 1.00 | |

| | |
|---|---|
| **Matter Subtotal** | **$480.00** |
| **Less Retainer / Credit Applied** | **$480.00** |
| **Total New Charges:** | **$0.00** |
| **Balance Due for this Matter:** | **$0.00** |